UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| KERRY JOHNSON,<br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　Defendant. | 3:18-cv-01152-MC<br><br><br>ORDER |

　　　　It is hereby ORDERED that attorney fees in the amount of $7,262.10 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

　　　　If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

　　　　DATED this  13th  day of   July              , 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　  s/Michael J. McShane
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael J. McShane
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Submitted by:

Kevin Kerr, OSB #080934
kevinkerr@schneiderlaw.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff